**Samuel CONTRERAS, Petitioner—
Appellant,**

v.

**Margarita PEREZ, Chairwoman Board
of Prison Terms for California; et
al., Respondents—Appellees.**

No. 06–55060.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 22, 2007.*

Filed Nov. 20, 2007.

Samuel Contreras, Soledad, CA, pro se.

Jane Catherine Malich, Esq., Office of
the California Attorney General, Los An-
geles, CA, Kim Aarons, Esq., Office of the
Deputy Attorney General, San Diego, CA,
for Respondents–Appellees.

Before: B. FLETCHER, WARDLAW
and IKUTA, Circuit Judges.

MEMORANDUM **

California state prisoner Samuel Contr-
eras appeals pro se from the district
court's judgment denying his 28 U.S.C.
§ 2254 petition challenging the California
Board of Prison Terms' ("the Board") deci-
sion denying him parole. We have juris-
diction pursuant to 28 U.S.C. § 2253, and
we affirm.

Contreras contends that he was denied
parole without evidence to support the de-
cision. A review of the record establishes
that there was "some evidence" to support
the Board's decision to deny parole. *See
Irons v. Carey,* 505 F.3d 846, 850–51 (9th
Cir.2007); *Sass v. Cal. Bd. of Prison
Terms,* 461 F.3d 1123, 1128–29 (9th Cir.
2006). We reject Contreras' contention
that the Board's reliance on the nature of
the commitment offense as justification of
the denial of parole violated his right to
due process. *See Irons,* 505 F.3d at 852–
54. We conclude that the California
courts' rejection of this claim was neither
contrary to nor an unreasonable applica-
tion of clearly established federal law as
established by the Supreme Court. *See* 28
U.S.C. § 2254(d)(1).

Contreras' request for judicial notice is
granted. All other pending motions are
denied as moot.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.